IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDMAN SACHS & CO. and GOLDMAN SACHS EXECUTION & CLEARING, L.P.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANTHONY J. BECKER and CECELIA L. FÁBOS-BECKER,<br><br>    Defendants.<br>_____/ | No. C 07-01599 WHA<br><br>**ORDER RE HEARING ON DEFENDANTS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Defendants' ex parte application for a temporary restraining order will be heard on **THURSDAY, JUNE 7, 2007, AT 8:00 A.M.**, along with plaintiffs' motion for a preliminary injunction. Defendants have represented to the Court that plaintiffs have been served with the application for a temporary restraining order.

**IT IS SO ORDERED.**

Dated: June 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE