IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDMAN SACHS & CO. and GOLDMAN SACHS EXECUTION AND CLEARING, L.P.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ANTHONY J. BECKER, and CECILIA L. FÁBOS-BECKER,<br><br>   Defendants. | No. C 07-01599 WHA<br><br>**NOTICE RE TEMPORARY RESTRAINING ORDER APPLICATION** |

At tomorrow's hearing on defendants' application for a temporary restraining order, counsel for plaintiffs should be prepared to explain, as an officer of the Court, (i) the full involvement and/or relationships between plaintiffs and MTGLQ Investors, L.P., Ocwen Loan Servicing, LLC, and Cal-Western Reconveyance Corporation, and (ii) the extent to which plaintiffs have any control, discretion, or influence over the impending foreclosure.

**IT IS SO ORDERED.**

Dated: June 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE