United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLDMAN SACHS & CO, and GOLDMAN SACHS EXECUTION AND CLEARING,

Plaintiffs,

v.

ANTHONY J. BECKER, and CECILIA FÁBOS-BECKER,

Defendants.

No. C 07-01599 WHA

**ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

As stated at the hearing on this matter, parties are directed to request that the NASD explain its reasons for denying plaintiffs' motion to excuse it from arbitration before the NASD. At the present time, the Court is inclined to grant Goldman Sachs' motion for preliminary injunction to relieve it from participating in arbitration. Before making this decision, however, the Court would like to hear from the NASD. Elaine Kohn, a staff attorney at the NASD, denied plaintiffs' request to decline arbitration in *Anthony J. Becker, et al. v. Prudential Securities Inc. nka Prudential Equity Group, et al.*, NASD-DR Arbitration No. 06-2947. Her memorandum stated that she gave careful consideration to the denial. Consequently, the Court would like the benefit of her consideration. Ms. Kohn should explain whether, under the line of authority including *John Hancock Life Ins. Co. v. Wilson*, 254 F.3d 48 (2d. Cir. 2001), Goldman

Sachs should not be excused from participating in the above-mentioned arbitration. A statement to that effect should be submitted to the Court no later than **THURSDAY, JUNE 14, AT NOON**.

Parties are instructed to provide a copy of this order to Ms. Kohn at the NASD.

**IT IS SO ORDERED.**

Dated: June 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE