IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDMAN SACHS & CO. and GOLDMAN SACHS EXECUTION & CLEARING, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY J. BECKER and CECELIA L. FÁBOS-BECKER, <br><br> Defendants. | No. C 07-01599 WHA <br><br> **ORDER RE NASD'S RESPONSE** |

The Court has received the letter from Terri Reicher, associate general counsel of the NASD, regarding Elaine Kohn's current unavailability. Ms. Kohn will be permitted to respond, pursuant to the prior order regarding plaintiff's motion for preliminary injunction, on or before **THURSDAY, JUNE 21, 2007**.

**IT IS SO ORDERED.**

Dated: June 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE