MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar. No. 168292
SHEILA A. JAMBEKAR, State Bar. No. 239101
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
e-mail: jfloren@morganlewis.com,
        sjambekar@morganlewis.com

Attorneys for Plaintiffs
GOLDMAN, SACHS & CO. AND GOLDMAN
SACHS EXECUTION & CLEARING, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDMAN, SACHS & CO. and GOLDMAN SACHS EXECUTION & CLEARING, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHONY J. BECKER and CECELIA L. FÁBOS-BECKER, <br><br> Defendant. | Case No. 07-CV-01599-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING PERMANENT INJUNCTION AND TERMINATING ACTION** <br><br> Place: Courtroom 9 <br> Judge: Hon. William H. Alsup |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7584222.2

CASE NO. 07-CV-01599-WHA
STIP. AND [PROPOSED] ORDER GRANTING
PERMANENT INJ. AND TERMINATION ACTION

WHEREAS, in June 2006, Defendants Anthony J. Becker and Cecelia L. Fábos-Becker (collectively "Defendants") filed papers with the NASD Dispute Resolution, Inc. ("NASD") to initiate the arbitration proceedings entitled *Anthony J. Becker, et al. v. Prudential Securities Inc. nka Prudential Equity Group, et al.*, NASD Arbitration Number 06-02947 ("the Arbitration"), in which Plaintiffs Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P. (collectively "Plaintiffs") were named as respondents;

WHEREAS, on March 20, 2007, Plaintiffs filed the Complaint for Declaratory and Injunction Relief ("Complaint") in this action seeking to enjoin Defendants from pursuing the Arbitration against Plaintiffs;

WHEREAS, on April 30, 2007, Plaintiffs moved for an order preliminarily enjoining Defendants from pursuing the Arbitration against Plaintiffs;

WHEREAS, on July 2, 2007, the Court granted Plaintiffs' motion for a preliminary injunction enjoining Defendants from pursuing the Arbitration against Plaintiffs;

WHEREAS, on July 2, 2007, Defendants requested that their claims in the Arbitration be voluntarily dismissed as to Plaintiffs;

WHEREAS, on July 20, 2007, the NASD arbitration panel presiding over the Arbitration issued an order dismissing Plaintiffs from the Arbitration without prejudice;

WHEREAS, the parties believe that this action would likely result in a permanent injunction enjoining Defendants from pursuing arbitration against Plaintiffs of those claims which Defendants brought in the Arbitration, and which have now been dismissed without prejudice by the NASD arbitration panel;

WHEREAS, the parties, in the interest of judicial economy, now wish to end this action, and agree to termination of this action on the following terms;

NOW THEREFORE, Plaintiffs, through their undersigned counsel of record, and Defendants, in propria persona, hereby stipulate and agree as follows:

1. Defendants shall be permanently enjoined from pursuing arbitration against Plaintiffs of those claims that Defendants brought in the Arbitration.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7584222.2

1

CASE NO. 07-CV-01599-WHA
STIP. AND [PROPOSED] ORDER GRANTING
PERMANENT INJ. AND TERMINATION ACTION

2. All other relief sought by Plaintiffs in the Complaint shall be denied, and this action shall be terminated, with each party to bear its own costs and attorneys' fees incurred in this action.

3. The clerk shall close the file. The Court shall retain jurisdiction with respect to any matters concerning the enforcement of the injunction.

**IT IS SO STIPULATED.**

Dated: August 10, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _____
Joseph E. Floren
Attorneys for Plaintiffs
GOLDMAN, SACHS & CO. AND
GOLDMAN SACHS EXECUTION &
CLEARING, L.P.

Dated: August 7, 2007

By _____
Anthony J. Becker
Defendant in Propria Persona
3273B Rocky Water Lane
San Jose, California 95148
Tel. and Fax: 408-223-6102
e-mail: fabos-becker@sbcglobal.net

Dated: August 7, 2007

By _____
Cecilia L. Fabos-Becker
Defendant in Propria Persona
3273B Rocky Water Lane
San Jose, California 95148
Tel. and Fax: 408-223-6102
e-mail: fabos-becker@sbcglobal.net

## [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, the Court hereby orders as follows:

1. Defendants are permanently enjoined from pursuing arbitration against Plaintiffs of those claims that Defendants brought in the Arbitration.

2. All other relief sought by Plaintiffs in the Complaint is denied, and this action is terminated, with each party to bear its own costs and attorneys' fees incurred in this action.

3. The clerk is directed to close the file. The Court shall retain jurisdiction with respect to any matters concerning the enforcement of the injunction.

**IT IS SO ORDERED.**

Dated: August 13, 2007

_____
The Honorable William H. Alsup
Judge of the United States District Court,
Northern District of California

[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]